United States District Court
Southern District of Texas
**ENTERED**
September 13, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Juanita Rojas, § § § *Plaintiff,* § § v. § Allied Universal, § § *Defendant.* § § § § § § § | Civil Action No. 4:24-cv-02293 |

## ORDER FROM PRE-MOTION CONFERENCE

On September 13, 2024, the Court held a hearing to address Defendant Allied Universal's request to file a motion to dismiss this employment discrimination suit under Fed. R. Civ. P. 12(b)(6) and alternative motion for a more definite statement under Fed. R. Civ. P. 12(e).[1]  *See* Dkt. 10, 16.  At the hearing, Plaintiff Juanita Rojas explained that she has yet to receive a right-to-sue letter from the Equal Opportunity Employment Commission.  Ms. Rojas also detailed numerous additional facts that were not included in her original complaint.

Accordingly, it is **ORDERED** that Ms. Rojas be granted until **September 25, 2024** to file an amended complaint.  Thereafter, Defendant is

---

[1] Defendant indicates that its proper name is Staff Pro Inc. d/b/a Allied Universal Event Services. *See* Dkt. 10 at 1.

**GRANTED** leave to file a motion to dismiss Ms. Rojas's amended complaint or, if no amended complaint is filed, a motion to dismiss the original complaint (Dkt. 1). The deadline for Defendant to file a motion to dismiss is **October 9, 2024**. After the motion is filed, Ms. Rojas shall have 20 days to file a response to the motion to dismiss.

In addition, to ensure that Ms. Rojas receives proper notices of all filings, the Clerk of Court is further **ORDERED** to mail copies of this and all further orders to her at the following address: 8301 Willow Place Drive, Apt. 1001, Houston, Texas 77070. The Clerk of Court will also email copies of all orders to Ms. Rojas at her email address: jr3012798@gmail.com.

It is further **ORDERED** that Defendant Allied Universal send its filings to Ms. Rojas both by mail and email to the addresses stated above.

Signed on September 13, 2024, at Houston, Texas.

_Yvonne Y. Ho_
Yvonne Y. Ho
United States Magistrate Judge